**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Defendant's Memorandum of Law Regarding Right to Jury Trial was served upon the following parties via electronic service on October 1, 2024.

Steven Weiss, Chapter 7 Trustee and Plaintiff

Mark Esposito for Plaintiff Steven Weiss

Office of the U.S. Trustee

DATED: October 1, 2024          /s/ Richard D. Gaudreau

                                            Richard D. Gaudreau